# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
  **Plaintiff,**

 v.              Case No. 96-CR-206

**MARTINIS GIBSON**
  **Defendant.**

## ORDER

On November 1, 2001, Judge Clevert sentenced defendant to 24 months in prison, running consecutively to a state sentence, on revocation of supervised release. On January 11, 2016, defendant filed a request that the court run the federal sentence concurrent with the state term. The case has been reassigned to me.

District courts have limited power to revisit a sentence once it has been imposed. See 18 U.S.C. § 3582(c). There is no inherent authority to modify a sentence. United States v. Cunningham, 554 F.3d 703, 708 (7th Cir. 2009). Defendant provides no jurisdictional basis for the relief he requests.[1]

**THEREFORE, IT IS ORDERED** that the request (R. 50) is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 20th day of January, 2016.

          /s Lynn Adelman
          LYNN ADELMAN
          District Judge

---

[1] Defendant indicates that the federal detainer prevents him from obtaining work release or minimum security placement. Federal detainers are issued by the United States Marshall and merely request that state prison officials notify the Marshall of a prisoner's release so that federal authorities may take custody of the prisoner. United States v. Dovalina, 711 F.2d 737, 740 (5th Cir. 1983); Tremarco v. United States, 412 F. Supp. 550, 555 (D.N.J.1976).